Case 6:04-cv-01835-AA   Document 42   Filed 08/09/06   Page 1 of 1

FILED'06 AUG 09 13:03USDC-ORE

**Bruce W. Brewer**, OSB No. 92558
Internet E-mail Address: btownlaw@yahoo.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MARTHA DURBIN, guardian, on
behalf of JESSE CHAPMAN, the minor
beneficiary of the claim of
MARLENE CHAPMAN, deceased,

CIVIL CASE NO. 04-1835-AA

Plaintiff,

ORDER AWARDING
ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT

vs.

JO ANNE BARNHART,
Commissioner of Social Security
Administration,

Defendant.

Attorney fees in the amount of $7,493.47 are hereby awarded to plaintiff to be paid directly to plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. Sec. 2412.

DATED this _8_ day of August, 2006

_____
United States District/Magistrate Judge

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff

1 - ORDER FOR EAJA FEES